**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Melanie Biehle

Plaintiff,

v.

Case No.: 1:25−cv−13204
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for a turnover order as to defendant Temu, LLC (Dckt. No. [41]) is hereby granted. Plaintiff's motion to approve a consent judgment (Dckt. No. [42]) is hereby granted in large part. Under Seventh Circuit case law, a final judgment is a separate document, and should not include an injunction. It should not contain other extraneous material either, such as information about the background of the case, the procedural history, the existence of personal jurisdiction, etc. If Plaintiff wants a permanent injunction, Plaintiff must file a separate motion and must submit a separate draft order. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.