**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MELANIE BIEHLE,

Plaintiff,

Case No.: 1:25-cv-13204

v.

Hon. Steven C. Seeger

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**FINAL JUDGMENT ORDER**

This Court hereby enters judgment in favor of Plaintiff MELANIE BIEHLE ("Plaintiff") and against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint

| No. | Defendant Name | Account ID |
|---|---|---|
| 16 | posters ONE | 634418219371824 |
| 19 | OK poster | 634418219722020 |
| 20 | Holiday decoration posters | 634418219043963 |

as follows.

IT IS HEREBY ORDERED that:

1. Defendants shall pay Plaintiff two thousand two hundred fifty dollars ($2,250) in damages (the "Damage Amount"), jointly and severally.

Date: October 5, 2026

Steven C. Seeger
United States District Judge